**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01646-CV

**IN RE GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND MARC D. HARRIS, Appellant**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02930**

## ORDER

The Court **GRANTS** real parties' December 4, 2013 agreed motion to extend time to file response to petition for writ of mandamus. The Court **ORDERS** real parties to file their response by January 24, 2014.

/s/     DOUGLAS S. LANG
           JUSTICE